```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

MOUSTAPHA MAGASSOUBA,

        Plaintiff,

  -against-

CASCIONE, PURCIGLIOTTI, & GALLUZZI, P.C.,

        Defendant.

20-CV-10996 (PAE) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received a document filed by plaintiff, entitled "Opposition and Objection to the Reply Memorandum," dated March 16, 2021 (Dkt. No. 22), which functions as an unauthorized sur-reply in further opposition to defendants' fully-briefed motion to dismiss plaintiff's claims. In light of plaintiff's *pro se* status, the Court will permit the document to remain on file. However, no further papers in support of or in opposition to the pending motion will be accepted.

    The Clerk of Court is respectfully directed to mail a copy of this order to the plaintiff.

Dated: New York, New York
       March 18, 2021

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**