**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
MOUSTAPHA MAGASSOUBA,

                        Plaintiff,

    -against-                                    20 **CIVIL** 10996 (PAE) (BCM)

## JUDGMENT

CASCIONE PURCIGLIOTTI &
GALUZZI, P.C., et al.,

                        Defendants.
-------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 15, 2021, the Court adopts the Report in full, with the modification as supra note 2, and denies Magassouba leave to file a second amended complaint; accordingly, this case is closed.

**Dated:**  New York, New York
          September 15, 2021

                                                              **RUBY J. KRAJICK**
                                                                  **Clerk of Court**
                                            **BY:**
                                                                     **Deputy Clerk**